445 A.2d 210

Commonwealth v. Denny, Appellant.

Petition for Allowance of Appeal Denied Sept. 9, 1982.

Submitted February 11, 1981. Frank R. Riddle, for appellant; F. Walter Bloom, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and BROSKY and CIRILLO, JJ.

Judgment of sentence is affirmed.